FILED
2013 Jul-01 PM 03:45
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| **RALPH JACKSON,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action Number |
| | ) | **2:13-cv-00530-AKK** |
| **RENT RECOVERY** | ) | |
| **SOLUTIONS LLC,** *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## ORDER OF DISMISSAL

Consistent with the Joint Stipulation of Dismissal submitted by the parties, doc. 33, it is **ORDERED** that this action is **DISMISSED WITH PREJUDICE**. Costs taxed as paid.

**DONE** the 1st day of July, 2013.

_____
**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE